IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: January 30, 2011



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-54970

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:10-BK-35902-SSC |
| Melissa S. Clinton | Chapter 7 |
| Debtor. | ORDER |
| U.S. Bank, National Association | |
| Movant, | (Related to Docket #11) |
| vs. | |
| Melissa S. Clinton, Debtor, Robert A. MacKenzie, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 18, 2007 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and Melissa S. Clinton has an interest in, further described as:

> Unit 2047, TRACT D, OF WOODGLEN SQUARE UNIT II CONDOMINIUM, according to Declaration of Horizontal Property Regime recorded in Document No. 84-074403, in Document No. 84-108143, in Document No. 84-499651, all of Official Records; Declaration of Annexation recorded in Document No. 84-501842 in Document No. 85-035796, in Document No. 85-035797, in Document No. 85-251509, re-recorded in Document No. 85-28267, in Document No. 85-251508, re-recorded in Document No. 85-282628, in Document No. 85-499497, in Document No. 86-142384, in Document No. 86-142385, in Document No. 86-142386, in Document No. 86-435034, in Document No. 86-435035, in Document No. 86-435036 and in Document No. 86-435037, all of Official Records and according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 262 of Maps, page 33, in Book 275 of Maps, page 5, and in Book 278 of Maps, page 20.
>
> TOGETHER with an undivided interest in the common elements as set forth in said Declaration and plat.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.